BARBARA OSARCZUK et al., Respondents, v ASSOCIATED UNIVERSITIES, INCORPORATED, Appellant. JOSEPH ROMBOLA et al., Intervenors-Respondents. (And a Third-Party Action.)

Submitted December 28, 2015; decided February 18, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

Judge GARCIA taking no part.